UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:94-cr-383-RBH |
| | ) | |
| **ALBERT DELON REED, JR.** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The Government, after consulting with the United States Probation Office, has determined that the Defendant's supervision was transferred to the District of Maryland on March 6, 2020 (Docket No.: 172). The Defendant has filed a similar motion in that district. This Court lacks jurisdiction over this matter, and even if it had jurisdiction the District of Maryland would be the most appropriate court to rule on Defendant's request, and would request that this motion be denied on those grounds. *See* 18 U.S.C. § 3605.

    Respectfully submitted,
    M. RHETT DEHART
    ACTING UNITED STATES ATTORNEY

    /s/ Derek A. Shoemake
    Derek A. Shoemake (Fed. Id. # 10825)
    Assistant United States Attorney
    U.S. Attorney's Office
    401 W. Evans Street, Room 222
    Florence, SC 29501
    Tel. (843) 665-6688
    Derek.Shoemake@usdoj.gov

April 28, 2021